Date: 08/30/11

Page: 1

# DIVIDENDS REMITTED TO THE COURT

Check Number 118 Dated 08/30/11

Case Number 10-33778 - MUIR, CORY A

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| CHASE BANK USA NA<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS TX 75374<br>    FINAL DISTRIBUTION<br>    0451 | 000003 | 146.99 | 0.94 |
| GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>    FINAL DISTRIBUTION<br>    7061 | 000012 | 285.93 | 1.82 |
| ---------- Remittance Total -------------- | | 432.92 | 2.76 |

John A. Hedback, Trustee

RECEIVED 11 SEP -1 AM 11:25 U.S. BANKRUPTCY COURT ST. PAUL, MN

COURT1

Printed: 08/30/11 02:01 PM    Ver: 16.02b